McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
ARMAND D. ROTH
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SIA SALLAR,              ) | Case No. 2:06-CV-00124-CMK |
|         Plaintiff,       ) | STIPULATION AND ORDER |
|     vs.                  ) | |
| JO ANNE B. BARNHART,     ) | |
| Commissioner of Social   ) | |
| Security,                ) | |
|         Defendant.       ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand, an initial determination will be made regarding Plaintiff's eligibility for benefits after July 2004. This issue was not properly before the ALJ after that date in the absence of an initial determination. See 20 C.F.R. 1446 (ALJ's jurisdiction generally derivative).

Stip & Proposed Order Re Remand (Sentence 4) - 06-cv-124-CMK            Page 1

1   It is further stipulated that the administrative decision
2  giving rise to this action is hereby vacated and that the Clerk
3  of this Court shall be directed to enter a separate judgment
4  herein, as provided for under Rules 58 and 79(a) of the Federal
5  Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509
6  U.S. 292, 113 S. Ct. 2625 (1993).
7  / / /
8  / / /
9  / / /

```
        /s/ Robert K. Kolber
              (As authorized on September 20, 2006)
        ROBERT K. KOLBER
        Attorney at Law

        Attorney for Plaintiff



        McGREGOR W. SCOTT
        United States Attorney
        BOBBIE J. MONTOYA
        Assistant U.S. Attorney

By:    /s/ Bobbie J. Montoya for
              (As signed on September 20, 2006)
        ARMAND D. ROTH
        Special Assistant U.S. Attorney

        Attorneys for Defendant


OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION
```

ORDER

APPROVED AND SO ORDERED.

DATED:   September 25, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE