McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
ARMAND D. ROTH
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIA SALLAR,

     Plaintiff,

  v.

JO ANNE B. BARNHART,
 Commissioner of
 Social Security,

     Defendant.

CASE NO. **2:06-CV-00124-CMK**

STIPULATION AND ORDER
SETTLING ATTORNEY'S FEES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT
(EAJA)

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND AND 00/100 DOLLARS ($4,000.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA

in this action.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).


    /s/ Robert K. Kolber
         *(As authorized on* OCTOBER 4, 2006)
    ROBERT K. KOLBER
    Attorney at Law

    Attorney for Plaintiff



    McGREGOR W. SCOTT
    United States Attorney
    BOBBIE J. MONTOYA
    Assistant U.S. Attorney

By:  /s/ Bobbie J. Montoya for
         *(As signed on* OCTOBER 5, 2006)
    ARMAND D. ROTH
    Special Assistant U.S. Attorney

    Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

SALLAR v. Barnhart
EAJA Stip & Order
2:06-cv-00124-CMK                **2**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $4,000.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED:   October 19, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

SALLAR v. Barnhart
EAJA Stip & Order
2:06-cv-00124-CMK

**3**